Law Offices Of
MATHENY SEARS LINKERT & LONG LLP
MATTHEW C. JAIME, State Bar No. 140340
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Telephone (916) 978-3434
Facsimile (916) 978-3430

Attorneys for Defendant,
ANHEUSER-BUSCH, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOHNS,<br><br>    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH, INCORPORATED<br><br>    Defendant. | No. 2:06-CV-02930-DFL-GGH<br><br>**STIPULATION REGARDING CUSTODY OF EVIDENCE; and ORDER THEREON** |

    IT IS HEREBY STIPULATED, by and between plaintiff Steven Johns and defendant Anheuser-Busch, Incorporated, that plaintiff hereby agrees to temporarily transfer custody of the subject can and pop top to ANHEUSER-BUSCH, INCORPORATED, for non-destructive testing. Defendant agrees to provide instructions and a retrieval kit, to plaintiff, for transfer of the evidence to defendant. Defendant further agrees to return the evidence to plaintiff, via the same procedure, within 30 days of receipt of the evidence.

Dated: March 30, 2007                                  Portugal Law Office, A Professional Corporation


                                                                 By:   /s/ Natt-Portugal
                                                                        Natt Portugal, Esq.
                                                                        Attorneys for Plaintiff Steven Johns

/ / /

/ / /

Dated: March 28, 2007          MATHENY SEARS LINKERT & LONG

                        By:   /s/ Matthew-Jaime
                            MATTHEW C. JAIME
                            Attorneys for Defendant
                            Anheuser-Busch, Incorporated

## **ORDER**

Pursuant to the above Stipulation filed herein, **IT IS SO ORDERED.**

DATED: April 17, 2007

                                      /s/ David F. Levi
                                      Hon. David F. Levi