Jonathan Weber (SBN 110138)
Weber & Baer
2029 Century Park East, Suite 1400
Los Angeles, CA  90067
Telephone:   (310) 226-7570
Facsimile:    (310) 226-7571

Attorneys For Plaintiff Steven Johns

Matthew C. Jaime (SBN 140340)
Matheny Sears Linkert & Jaime LLP
3638 American River Drive
Post Office Box 13711
Sacramento, CA  95853-4711
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant Anheuser-Busch Incorporated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Johns,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Anheuser-Busch, Inc.,<br><br>　　　　　Defendant. | Case No.  2:06-CV-02930-RRB-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this lawsuit that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties.

///

///

///

///

///

1

*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]*

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  July 17, 2007 **WEBER & BAER**

By:   /s/ Jonathan-Weber
JONATHAN WEBER, ESQ.,
Attorney for Plaintiff

Dated:  July 26, 2007 **MATHENY SEARS LINKERT & JAIME, LLP**

By:   /s/ Matthew-Jaime
MATTHEW C. JAIME, ESQ.,
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 30, 2007

/s/ Ralph R. Beistline
HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

2

*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]*

PDF created with pdfFactory trial version www.pdffactory.com